**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **MITCHELL MCGUIRE** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | Crim. No. 03-08-P-S |
| **UNITED STATES OF AMERICA,** ) | Civil No. 07-183-P-S |
| ) | |
| **Defendants** ) | |
| ) | |
| ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 2, 2008, her Recommended Decision (Docket No. 12). Plaintiff Mitchell McGuire filed his Objection to the Recommended Decision (Docket No. 13) on May 15, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that the United States' Motion to Dismiss (Docket No. 9) is **GRANTED**.

      3.  It is **ORDERED** that the Plaintiff's 28 U.S.C. §2255 Motion (Docket No. 1) is **DENIED**.

                                                  /s/George Z. Singal_____
                                                  Chief U.S. District Judge

Dated: June 13, 2008