UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **MITCHELL MCGUIRE,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No.   2:07-cv-00183-GZS |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 18) filed July 26, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Petitioner's Motion for Second or Successive Appeal under Title 28 U.S.C. § 2255 (ECF No. 17) is summarily **DISMISSED WITHOUT PREJUDICE** and without further proceedings.

                                                                                                        _/s/ George Z. Singal_____
                                                                                                        United States District Judge

Dated this 10th day of September, 2012.